**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6349

SAMSON M. PARKER,

              Petitioner – Appellant,

       v.

DIRECTOR OF DEPARTMENT OF CORRECTIONS,

              Respondent – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:08-cv-00780-LO-TCB)

Submitted:  September 28, 2010         Decided:  October 4, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samson M. Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samson M. Parker appeals the district court's order denying his motion for copies at the government's expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parker v. Dir. of Dep't of Corr., No. 1:08-cv-00780-LO-TCB (E.D. Va. filed Feb. 16, 2010 & entered Feb. 18, 2010). We deny Parker's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED